466 A.2d 711

Commonwealth v. Cryor, Appellant.

Argued June 2, 1983. Irene H. Cotton, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.